UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                 )
UNITED STATES OF AMERICA         )
            Plaintiff,           )
                                 )    CRIMINAL ACTION
v.                               )    NO. 1:17-10339-WGY
                                 )
                                 )
STEPHANIE DiPIERRO               )
            Defendant.           )
_____)

ORDER EXTENDING SELF-SURRENDER DATE

YOUNG, D.J.                                         March 21, 2019

    The defendant is currently ordered to self surrender to the place of confinement before 2:00 PM on April 8, 2019.  In accordance with the order entered this date granting the assented to motion to postpone the defendant's self surrender date (DE 40), the defendant shall self surrender to the place of confinement before 2:00 PM on June 8, 2019.

**SO ORDERED.**

                                       /s/ William G. Young
                                      WILLIAM G. YOUNG
                                      UNITED STATES DISTRICT JUDGE