UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:   1:17-cr-10339-WGY |
| | ) | |
| STEPHANIE DIPIERRO, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO POSTPONE
DEFENDANT'S DATE OF SELF-SURRENDER**

The United States of America, by and through the undersigned Special Assistant United States Attorney, respectfully moves this Court to postpone the date on which the defendant, Stephanie DiPierro, must surrender for the service of her sentence from June 8, 2019, to June 11, 2019.  In support of this request, the government states as follows:

1. On March 20, 2019, the government filed an <u>Assented-To Motion to Postpone the Defendant's Date of Self-Surrender</u> (ECF Doc. 39), in which the government asked to postpone the defendant's date of self-surrender from April 8, 2019, to June 8, 2019.  This Honorable Court granted the <u>Motion</u> on March 21, 2019.  (ECF Doc. 41).

2. The Bureau of Prisons has advised that June 8, 2019, is not a suitable date for self-surrender because it is a Saturday.  The Bureau of Prisons has informed that a reporting date of June 11, 2019, is appropriate.

3. Counsel for the defendant assents to this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Karen B. Burzycki*
Karen B. Burzycki
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Karen B. Burzycki*
Special Assistant U.S. Attorney

Dated: April 5, 2019