```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

_____  )
UNITED STATES OF AMERICA             )
          Plaintiff,                 )
                                     )   CRIMINAL ACTION
v.                                   )   NO. 1:17-10339-WGY
                                     )
                                     )
STEPHANIE DiPIERRO                   )
          Defendant.                 )
_____)

## ORDER EXTENDING SELF-SURRENDER DATE

YOUNG, D.J.                                        April 10, 2019

    The defendant is currently ordered to self surrender to the place of confinement before 2:00 PM on June 11, 2019. In accordance with the order entered this date granting the assented to motion to postpone the defendant's self surrender date (DE 43), the defendant shall self surrender to the place of confinement before 2:00 PM on June 11, 2019.

**SO ORDERED.**

                                            /s/ William G. Young
                                            WILLIAM G. YOUNG
                                            UNITED STATES DISTRICT JUDGE